ORIGINAL

**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorneys for Defendant
JUAN ENRIQUE RAMOS-GARCIA



FILED

AUG 24 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )          Case No. 2:10-cr-343-KJD-RJJ
                                         )
            vs.                          )
                                         )
JUAN ENRIQUE RAMOS-GARCIA,               )
                                         )
                    Defendant.           )
_____)

### REQUEST TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL
### AT CONCLUSION OF SENTENCING

COMES NOW JOHN J. MOMOT, ESQ. and YI LIN ZHENG, ESQ., counsels for the

Defendant, JUAN ENRIQUE RAMOS-GARCIA, and moves the Honorable Court to be relieved as

counsel for purposes of appeal.  Sentencing in the instant case is scheduled for August 24, 2011.

DATED this 23 day of August, 2011.



_____
JOHN J. MOMOT, ESQ.
520 So. Fourth Street, #300
Las Vegas, Nevada 89101
(702) 385-7170
Attorney for Defendant
JUAN ENRIQUE RAMOS-GARCIA

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorneys for Defendant
JUAN ENRIQUE RAMOS-GARCIA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-343-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN ENRIQUE RAMOS-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RECEIPT OF COPY**

RECEIPT OF COPY of Defense Counsels' REQUEST TO BE RELIEVED AS COUNSEL

FOR PURPOSES OF APPEAL AT CONCLUSION OF SENTENCING in the above captioned

case is hereby acknowledged this 2 4 day of August, 2011.

_____
JUAN ENRIQUE RAMOS-GARCIA

_____
U.S. ATTORNEY'S OFFICE

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorneys for Defendant
JUAN ENRIQUE RAMOS-GARCIA

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-343-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN ENRIQUE RAMOS-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL
### AT THE CONCLUSION OF SENTENCING

UPON the REQUEST TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL

AT THE CONCLUSION OF SENTENCING, submitted by attorney JOHN J. MOMOT, ESQ. and

YI LIN ZHENG, ESQ., and for good cause shown,

IT IS HEREBY ORDERED that defense counsels' REQUEST TO BE RELIEVED AS

COUNSEL FOR PURPOSES OF APPEAL AT THE CONCLUSION OF SENTENCING for

Defendant, JUAN ENRIQUE RAMOS-GARCIA, is hereby granted.

DATED this _24_ day of August, 2011.

_____
THE HONORABLE KENT J. DAWSON